IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DuPREE LAMONT ADKINS,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**DITOMAS, et al.,**<br><br>                    Defendant. | Case No. 2:22-cv-01650-DMC<br><br>**ORDER** |

Good cause appearing, Defendants' application, ECF No. 20, for an extension of time to file a responsive pleading is **GRANTED**. If Defendants' Motion to Dismiss or Sever Claims Pursuant to Federal Rule of Civil Procedure 21 is denied, Defendants shall respond to the First Amended Complaint, ECF No. 11, within thirty days of the Court's final order denying that motion.

**IT IS SO ORDERED.**

Dated:  September 16, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE