IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **DuPREE LAMONT ADKINS,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**DITOMAS, ET AL.,**<br><br>                                    Defendant. | Case No. 2:22-cv-1650-TLN-DMC-P<br><br>**ORDER GRANTING DEFENDANTS'**<br>**SECOND APPLICATION FOR**<br>**EXTENSION OF TIME TO FILE**<br>**DISPOSITIONAL DOCUMENTS** |

    Good cause appearing, the Second Application for Extension of Time to File Dispositional Documents filed by Defendants Cueva and DiTomas is **GRANTED**. Defendants' deadline to file dispositional documents is hereby extended by 42 days, up to and including January 15, 2026.

Dated:  December 4, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1